IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03117-BNB

NATHAN JERARD DUNLAP,

    Plaintiff,

v.

RICK RAEMISCH, in his individual and official capacities as Executive Director of the
       Colorado Department of Corrections,
MARK FLOWERS, in his individual and official capacities as Director of Prisons of the
       Colorado Department of Corrections,
TONY CAROCHI, in his individual and official capacities as Director of Prisons of the
       Colorado Department of Corrections,
LOU ARCHULETA, in his individual and official capacities as Director of Prisons of the
       Colorado Department of Corrections,
KEVIN MILYARD, in his individual and official capacities as Deputy Director of Prisons
       of the Colorado Department of Corrections,
JAMES FALK, in his individual and official capacities as Warden of the Sterling
       Correctional Facility,
LARRY REID, in his individual and official capacities as Deputy Director of the Prisons
       of the Colorado Department of Corrections,
DONNA SIMS, in her individual and official capacities as Review Committee Member for
       the Colorado Department of Corrections,
J. CONE, whose true name is unknown, in his individual and official capacities as
       Approving Housing Supervisor for the Sterling Correctional Facility,
JOHN CRUSSELL, in his individual and official capacities as Review Committee
       Member for the Colorado Department of Corrections,
MICHELLE NYCZHALLIGAN, in her individual and official capacities as Review
       Committee Member for the Colorado Department of Corrections,
DAVE SCHERBARTH, in his individual and official capacities as Appointing Authority for
       the Colorado Department of Corrections,
JEFF PETTERSON, in his individual and official capacities as Review Committee
       Member for the Colorado Department of Corrections,
WINGERT, whose true name is unknown, in her individual and official capacities as
       Review Committee Member for the Colorado Department of Corrections,
STURGEON, whose true name is unknown, in his/her individual and official capacities
       as Review Committee Member for the Colorado Department of Corrections, and
RYAN LONG, in his individual and official capacities as Review Committee Member for
       the Colorado Department of Corrections,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED January 10, 2014, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge