IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   13-cv-03117-REB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:            March 28, 2014 | Courtroom Deputy:    Courtni Covington |

_Parties:_                                                      _Counsel:_

NATHAN JERARD DUNLAP,                    _pro se  (appearing by telephone)_

     Plaintiff,

v.

RICK RAEMISCH, _et al._,                       Christopher W. Alber
                                                           William A. Rogers, III

     Defendants.

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:   STATUS CONFERENCE**
**Court in session:        10:04 a.m.**
Court calls case.  Appearances of counsel and _pro se_ Plaintiff.

The court addresses Plaintiff regarding the purpose of the status conference and his pending **Motion to Consolidate** [Doc. No. 17].

For the reasons stated on the record, it is

**ORDERED:**              Plaintiff's _Motion to Consolidate_ [Doc. No. 17, filed 1/22/2014] is **DENIED**.

Discussion between the court and Plaintiff regarding briefing on Defendants' **Motions to Dismiss** [Doc. No. 37 and Doc. No. 40].

**ORDERED:**              Plaintiff's response to the Motions to Dismiss must be filed **no later than April 25, 2014.**

                         All discovery shall be **STAYED** pending completion of briefing on the dispositive motions.

The court notes once briefing is completed, it will set the matter for a further status conference.

Discussion between the court and the parties regarding Plaintiff's letter to Defense counsel offering to dismiss his claims against Defendant Flowers.  The court addresses Plaintiff regarding his

understanding of dismissing claims with prejudice.

**ORDERED:**        The court will accept the parties Stipulation under Rule 41.  Based on Plaintiff's representation to the court on the record, Defendant Flowers is **DISMISSED with prejudice**.  Each side is to bear their own fees and costs.

In light of Defendant Flowers dismissal from the case, his *Motion to Dismiss* [Doc. No. 40, filed 3/17/2014] is **DENIED as moot**.

The deadline for Plaintiff's response to the remaining Defendants' *Motion to Dismiss* [Doc. No. 37] will remain **April 25, 2014**.

HEARING CONCLUDED.
**Court in recess**:        **10:19 a.m.**
Total time in court:        00:15

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.