# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 13-cv-03117-REB-CBS

NATHAN JERARD DUNLAP,

    Plaintiff,

v.

RICK RAEMISCH, in his individual and official capacities as Executive Director of the Colorado Department of Corrections, et al.,

    Defendants.

## ORDER ADOPTING RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matter before me is the **Recommendation of United States Magistrate Judge** [#51],[1] filed February 9, 2015. No objections having been filed to the recommendation, I review it only for plain error. *See **Morales-Fernandez v. Immigration & Naturalization Service**, 418 F.3d 1116, 1122 (10th Cir. 2005).*[2] Finding no such error in the recommended disposition, I find and conclude that the magistrate judge's recommendation should be approved and adopted.

---

[1] "[#51]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[2] This standard pertains even though plaintiff is proceeding *pro se*. **Morales-Fernandez**, 418 F.3d at 1122. Nevertheless, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. *See **Erickson v. Pardus**, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); **Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing **Haines v. Kerner**, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)).*

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#51], filed February 9, 2015, is **APPROVED AND ADOPTED** as an order of this court; and

2. That the following motions are **DENIED**:

   a. Defendants Rick Raemisch, Tony Carochi, Lou Archuleta, James Falk, Larry Reid, Donna Sims, Jeremiah Cone, John Crussell, Michelle Nycz-Halligan, Dave Scherbarth, Jeff Petersen, Michele Wingert, Scott Sturgeon, and Ryan Long's **Motion To Dismiss** [#37], filed March 13, 2014;

   b. Defendant Mark Flowers's **Motion To Dismiss** [#40], filed March 17, 2014; and

   c. Defendant Kevin Milyard's **Motion To Dismiss** [#47], filed April 16, 2014.

Dated March 9, 2015, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge